# ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

May 24, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re: Susan and Joseph Szafranski**
**Case No. 07-03174**

Ladies and Gentlemen:

Enclosed is my check no. 10115 for $208.86, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | UAW Local 55 FCU<br>35 George Karl Boulevard<br>Williamsville, New York 14221 | $208.86 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc: Ms. Anne Quinn
UAW Local 55 FCU (at above address)



FILED MAY 25 2010 BANKRUPTCY COURT BUFFALO, N.Y.